### UNITED STATE DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

|  |  |
|---|---|
| GUILLERMO MATA, individually and on behalf of a class of similarly situated individuals,<br><br>       Plaintiff,<br><br>  v.<br><br>FLETCHER JONES OF CHICAGO LTD., LLC, a Nevada Limited Liability Company, and KAARYA, LLC, a Delaware Limited Liability Company,<br><br>       Defendants. | Case No. 18-cv-08475<br><br>Hon. Jorge L. Alonso |

### NOTICE OF SETTLEMENT

**PLEASE TAKE NOTICE** that on January 10, 2020, Plaintiff Guillermo Mata, Defendant Fletcher Jones of Chicago Ltd., LLC ("Fletcher Jones"), and Defendant Kaarya, LLC d/b/a myKaarma ("myKaarma") (collectively, the "Parties"), reached an agreement in principle to settle this matter on an individual basis. Upon execution of a settlement agreement, Plaintiff will dismiss his claims against both Defendants with prejudice.

Dated: January 13, 2020

Respectfully submitted,

/s/ Bart T. Murphy
Bart T. Murphy
Isaac J. Colunga
Martha Kohlstrand
ICE MILLER LLP
2300 Cabot Dr., Suite 455
Lisle, IL 60532
630.955.6392
bart.murphy@icemiller.com
isaac.colunga@icemiller.com
martha.kohlstrand@icemiller.com

/s/ Eugene Y. Turin
Eugene Y. Turin
MCGUIRE LAW, P.C.
55 W. Wacker Drive, 9th Floor
Chicago, IL 60601
Tel. 312.893.7002
eturin@mcgpc.com

Counsel for: Plaintiff Guillermo Mata

Counsel for: Defendant Fletcher Jones of Chicago Ltd., LLC

By: */s/ Amy T. Brantly*

David W. Kesselman (admitted *pro hac vice*)
Amy T. Brantly (admitted *pro hac vice*)
KESSELMAN BRANTLY STOCKINGER LLP
1230 Rosecrans Avenue, Suite 690
Manhattan Beach, CA 90266
Tel. 310.307.4557
dkesselman@kbslaw.com
abrantly@kbslaw.com

Elizabeth B. Herrington
Tyler Z. Zmick
MORGAN, LEWIS & BOCKIUS LLP
77 West Wacker Drive
Chicago, IL 60601-5094
Tel. 312.324.1445
Fax 312.324.1001
Beth.Herrington@morganlewis.com
Tyler.Zmick@morganlewis.com

Counsel for: Defendant Kaarya, LLC d/b/a myKaarma

## CERTIFICATE OF SERVICE

I, Elizabeth B. Herrington, an attorney, certify that I caused a copy of the foregoing document to be served upon all counsel of record for all parties that have appeared via ECF on this 13th day of January, 2020.

By: */s/ Elizabeth B. Herrington*
Elizabeth B. Herrington