IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GUILLERMO MATA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 18 CV 8475 |
| v. | ) | |
| | ) | Judge Alonso |
| FLETCHER JONES OF CHICAGO, LTD., LLC and KAARYA, LLC, | ) ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATION TO DISMISS**

NOW COME the Parties, by and through their respective undersigned counsel, and pursuant to Fed R. Civ. Proc. 41(a)(1)(ii), hereby stipulate to the dismissal of this Action with prejudice and without costs.

Respectfully submitted,

**PLAINTIFF**
**GUILLERMO MATA**

s/Eugene Y. Turin
By one of his attorneys
Eugene Y. Turin
McGuire Law, P.C.
55 W. Wacker Dr., 9th FL
Chicago, IL 60601
312-893-7002

**DEFENDANTS**
**FLETCHER JONES OF CHICAGO LTD., LLC**

s/Bart T. Murphy (with permission)
By one of its attorneys
Bart T. Murphy
Ice Miller, LLP
2300 Cabot Dr., Ste. 455
Lisle, IL 60532
630-955-6392

**KAARYA, LLC**

s/Amy T. Brantly (with permission)
By one of its attorneys
Amy T. Brantly
Kesselman Brantly Stockinger LLP
1230 Rosecrans Avenue, Suite 400
Manhattan Beach, CA 90266
310-307-4557